No. 956. BENNETT, ACTING WARDEN *v.* LABAT ET AL. C. A. 5th Cir. Certiorari denied. *Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Second Assistant Attorney General, and *John E. Jackson, Jr.,* and *Dorothy D. Wolbrette,* Assistant Attorneys General, for petitioner. *Peter Hearn, William T. Coleman, Jr., Benjamin E. Smith, G. Wray Gill, Gerard H. Schreiber, Edward Bennett Williams, Melvin L. Wulf* and *Marvin M. Karpatkin* for respondents.

No. 1065. MYERSON, AKA MYERSOHN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Philip J. Ryan* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Joseph M. Howard* for the United States.

No. 1071. FARMER *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Raymond A. Brown* and *Irving I. Vogelman* for petitioner. *J. Norris Harding* for respondent.

No. 1072. BELTRAN ET AL. *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. *Nathan T. Notkin* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 1073. COLBRESE *v.* NATIONAL FARMERS UNION PROPERTY & CASUALTY Co. C. A. 9th Cir. Certiorari denied. *Cale Crowley* for petitioner. *John M. Schiltz* for respondent.

No. 1077. MALLORY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Walter LaVon Pride* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.